IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AUG 14 2000

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION (NO. VI) )
_____ )  MDL 875
) JH-89-1789
This Document Relates to United States )
District Court for Maryland )
)
(See Attachment A) )
)
_____ )

AND NOW, this 11th day of August, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: 8/11/00

Charles R. Weiner